IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY McNEIL,

      Plaintiff,                               CIV S-05-1692 KJM

    vs.

JO ANNE B. BARNHART,                    <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social Security,

      Defendant.
_____/

        By order filed September 2, 2005, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the September 2 order, and to file a statement with the court that said documents had been submitted to the United States Marshal.

        Plaintiff failed to submit the statement of compliance. More than four months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

        Plaintiff also was directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. Plaintiff shall within ten days from the date of this order show cause why this
3    action should not be dismissed for lack of prosecution.

4         2. Plaintiff shall within ten days from the date of this order show cause why the
5    form was not timely returned to the Clerk and to file said form.

6    DATED: January 12, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

006
mcneil.osc

2