IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY McNEIL,

    Plaintiff,       CIV S-05-1692 KJM

    vs.

JO ANNE B. BARNHART,       <u>ORDER AND</u>
Commissioner of Social Security,       <u>FINDINGS AND RECOMMENDATIONS</u>

    Defendant.

_____/

    By order filed September 2, 2005, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the September 2 order, and to file a statement with the court that said documents had been submitted to the United States Marshal.

    Plaintiff failed to submit the statement of compliance. More than five months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

    Plaintiff was also directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

1    On January 13, 2006, plaintiff was directed to show cause why this action should
2 not be dismissed for lack of prosecution.  Plaintiff has not responded to the order to show cause.
3 It appears plaintiff has abandoned this litigation.
4    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to
5 assign a district judge to this action; and
6    IT IS HEREBY RECOMMENDED that this action be dismissed without
7 prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).
8    These findings and recommendations are submitted to the United States District
9 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
10 after being served with these findings and recommendations, plaintiff may file written objections
11 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
12 and Recommendations."  Plaintiff is advised that failure to file objections within the specified.
13 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
14 (9th Cir. 1991).
15 DATED:  April 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

21 006
mcneil.ftc