IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY McNEIL,

      Plaintiff,                    No. CIV S-05-1692 LKK KJM

      vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.                <u>ORDER</u>

         /

      This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

      On April 24, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed April 24, 2006, are adopted in full; and

1

1          2.  This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R.
2  Civ. P. 41(b).
3  DATED: July 6, 2006.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

7  mcneil1692.jo